# EXHIBIT

# 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA PARKER, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>J. CREW GROUP, INC., J. CREW L.L.C. and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.:  1:16-cv-10775<br><br>DECLARATION OF<br>MARIA F. DI LORENZO<br>IN SUPPORT OF J. CREW GROUP, INC.'S NOTICE OF REMOVAL OF ACTION |

Pursuant to 28 U.S.C. § 1746, MARIA F. DI LORENZO declares:

1. I am Senior Vice President, General Counsel and Corporate Secretary at J. Crew Group, Inc.

2. I submit this declaration in support of J. Crew Group, Inc.'s Notice of Removal of Action.

3. J. Crew L.L.C. is named as a defendant in the Complaint. J. Crew L.L.C. is not, however, affiliated with J. Crew Group, Inc., or any of its parents or subsidiaries.

4. Under my supervision, a paralegal in the legal department of J. Crew Group, Inc. conducted Internet searches for Defendant J. Crew L.L.C., including on the website for the Office of the Illinois Secretary of State and on Google in general. Attached hereto as Exhibit A is a true and accurate copy of the results of those searches (the "Results").

5. The address and agent name in the Results match the address and agent name for J. Crew L.L.C. as listed in the summons. Furthermore, the Results describe J. Crew L.L.C as a

company "Categorized under Exterior Building Cleaners" with "annual revenue of [$120,000] and . . . a staff of approximately 7." *Id.* at 2.

6. I am not aware of any corporate relationship between J. Crew Group, Inc. and J. Crew L.L.C.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: November 21, 2016
Chicago, Illinois

_____
Maria F. Di Lorenzo

# EXHIBIT A



## LLC FILE DETAIL REPORT

| File Number | 03409996 | | |
|---|---|---|---|
| Entity Name | J. CREW L.L.C. | | |
| Status | NGS | On | 11/01/2016 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 11/20/2010 | Jurisdiction | IL |
| Agent Name | JOSEPH MAITLAND | Agent Change Date | 11/20/2010 |
| Agent Street Address | 3919 FOXGLOVE DR | Principal Office | 3919 FOXGLOVE DR ZION, IL 600990000 |
| Agent City | ZION | Management Type | MGR  View |
| Agent Zip | 60099 | Duration | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2016 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



