# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANITA PARKER, on behalf of herself and all others similarly situated<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. CREW GROUP, INC., J. CREW L.L.C. and DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | Case No.: 1:16-cv-10775<br><br>**Honorable Samuel Der-Yeghiayan Judge Presiding** |

**DEFENDANT J. CREW GROUP, INC.'S MOTION TO:**

**(1) TRANSFER PURSUANT TO 28 U.S.C. § 1404(a); OR
(2) DISMISS PURSUANT TO THE FIRST-FILED DOCTRINE**

Defendant J. Crew Group, Inc. ("J. Crew") respectfully requests that this Court order a transfer of this action to the District of New Jersey pursuant to 28 U.S.C. § 1404(a) so that it can be consolidated with an identical, previously-filed action against J. Crew, styled *Kamal v. J. Crew Group, Inc., et al.*, No. 15-0190-WJM-MF. In the alternative, J. Crew requests that the Complaint be dismissed pursuant to the first-filed doctrine. The grounds in support of the Motion are set forth fully in the accompanying brief and Declaration of Raj N. Shah (with supporting exhibits).

1

DATE:  December 9, 2016	Respectfully submitted,

/s/ Raj N. Shah
Raj N. Shah
Allyson E. Poulos
**DLA PIPER LLP (US)**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
Tel.:     (312) 368.4000
Fax:     (312) 236.7516
raj.shah@dlapiper.com
allyson.poulos@dlapiper.com

Keara M. Gordon (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
45th Floor
New York, New York 10020-1104
Tel.:     (212) 335.4500
Fax.:    (212) 335.4501
keara.gordon@dlapiper.com

-and-

Andrew O. Bunn (admitted *pro hac vice*)
Steven R. Marino (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
Tel.:     (973) 520.2550
Fax.:    (973) 520.2551
andrew.bunn@dlapiper.com
steven.marino@dlapiper.com

*Attorneys for Defendant*
*J. Crew Group, Inc.*

## CERTIFICATE OF SERVICE

      A copy of the foregoing document was filed electronically on December 9, 2016.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

DATE:  December 9, 2016                                      Respectfully submitted,

                                                                          /s/ Raj N. Shah
                                                                          Raj N. Shah