# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANITA PARKER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>J. CREW GROUP, INC., J. CREW, LLC., and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 2:17-cv-01214-WJM-MF<br><br>*ELECTRONICALLY FILED*<br><br>RETURN DATE: July 17, 2017 |

### NOTICE OF PLAINTIFF ANITA PARKER'S
### MOTION TO REMAND CASE TO STATE COURT

To: Andrew O. Bunn, Esq.
   James V. Noblett
   Steven R. Marino
   DLA Piper LLP (US)
   51 John F. Kennedy Parkway, Suite 120
   Short Hills, New Jersey 07078-2704
   Telephone: (973) 520-2550
   Facsimile: (973) 520-2551

   **PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff Anita

Parker shall move this Court, on July 17, 2017, or as soon as the Court may hear

this motion, before the Honorable William J. Martini, United States District Judge for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Court Room: MLK 4B, Newark, New Jersey 07101, for an Order remanding this case to Illinois state court (Circuit Court of Cook County Illinois, Chancery Division) where it originated.  This motion is made pursuant to 28 U.S.C. § 1447(c) because Defendant, as the party that removed this case to federal court, has not satisfied its burden of establishing that this Court has federal subject-matter jurisdiction.  To the contrary, Defendant has taken the position that this Court does not have subject-matter jurisdiction, and, at Defendant's request, this Court has now issued two orders holding that it lacks federal subject-matter jurisdiction over the type of FACTA claims involved in this case.[1]

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Plaintiff will rely on the accompanying Memorandum Of Law In Support Of Motion To Remand Case To State Court, which is being served and filed simultaneously herewith.

Dated:  June 13, 2017			Respectfully Submitted,

						By:	/s/ – William C. Morlok
							William C. Morlok
							morlok@mwmlegal.com
							MCDONALD WILSON & MORLOK, LLC

---

[1] *Kamal v. J. Crew Group, Inc.*, No. 2:15-cv-00190-WJM-MF (D. N.J.) at Dkt. No. 63 (entered Oct. 20, 2016) and Dkt. No. 84 (entered June 6, 2017).

>1325 Spruce Street, Suite 400
>Philadelphia, PA 19107
>Telephone: 215.515.3949
>Fax: 215.599.9645
>
>Chant Yedalian (*Pro hac vice*)
>chant@chant.mobi
>CHANT & COMPANY
>A Professional Law Corporation
>1010 N. Central Ave.
>Glendale, CA 91202
>Telephone: 877.574.7100
>
>Brian Herrington (*Pro hac vice*)
>brian@herringtonlawpa.com
>HERRINGTON LAW, PA
>1520 N. State St.
>Jackson, MS 39202
>Telephone: 601.208.0013
>
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, William C. Morlok, counsel for plaintiff, Anita Parker, hereby certify that service of Notice Of Plaintiff Anita Parker's Motion To Remand Case To State Court was made by electronic means via the CM/ECF to all parties registered with the CM/ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  June 13, 2017          By:   /s/ – William C. Morlok
                                     William C. Morlok
                                     morlok@mwmlegal.com
                                     MCDONALD WILSON & MORLOK, LLC
                                     1325 Spruce Street, Suite 400
                                     Philadelphia, PA 19107
                                     Telephone: 215.515.3949
                                     Fax: 215.599.9645

3