# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
------------------------------------- X
                                      :
ANITA PARKER, on behalf of herself and the   :
putative class,                       :          Civil Action No. 17-1214-WJM-MF
                                      :
                  Plaintiff,          :
                                      :
         v.                           :          CERTIFICATION OF SERVICE
                                      :
J. CREW GROUP, INC., J. CREW, LLC, AND   :
DOES 1-100,                           :          Electronically Filed
                                      :
                  Defendants.         :
                                      :
------------------------------------- X
```

This certifies that J. Crew Group, Inc.'s Objections to the December 8, 2017 Report and Recommendation with Respect to Plaintiff's Motion to Remand and J. Crew's Cross-Motion to Extend the Stay and Declaration of Andrew O. Bunn (with Exhibit) along with this Certification of Service were filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

Dated:  December 22, 2017                    Respectfully submitted,

                                             *s/ Andrew O. Bunn*
                                             _____
                                             Andrew O. Bunn
                                             **DLA PIPER LLP (US)**
                                             51 John F. Kennedy Parkway, Suite 120
                                             Short Hills, New Jersey 07078-2704
                                             andrew.bunn@dlapiper.com
                                             Phone: (973) 520-2562
                                             Fax: (973) 520-2582
                                             *Attorneys for Defendant J. Crew Group, Inc.*