# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANITA PARKER, on behalf of herself and the putative class, | Civil Action No. 17-1214-WJM-MF |
| Plaintiff, | |
| v. | **CERTIFICATION OF SERVICE** |
| J. CREW GROUP, INC., J. CREW, LLC, AND DOES 1-100, | *Electronically Filed* |
| Defendants. | |

This certifies that J. Crew Group, Inc.'s Objections to the December 8, 2017 Report and Recommendation with Respect to Plaintiff's Motion to Remand and J. Crew's Cross-Motion to Extend the Stay and Declaration of Andrew O. Bunn (with Exhibit) along with this Certification of Service were filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: December 22, 2017

Respectfully submitted,

*s/ Andrew O. Bunn*

Andrew O. Bunn
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
andrew.bunn@dlapiper.com
Phone: (973) 520-2562
Fax: (973) 520-2582
*Attorneys for Defendant J. Crew Group, Inc.*